**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JILL WITTE, Individually And On Behalf Of All Others Similarly Situated, | |
| Plaintiff, | Case No.: 2:20-cv-01310 (ENV)(SIL) |
| -against- | |
| CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY F. BARBATO, | |
| Defendants. | |
| | |
| DONALD FINCH, Individually And On Behalf Of All Others Similarly Situated, | |
| Plaintiff, | Case No.: 2:20-cv-01324 (JMA)(ST) |
| -against- | |
| CRONOS GROUP INC., MIKE GORENSTEIN, and JERRY BARBATO, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOVANT JACK LEVANDOWSKI'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVING HIS SELECTION OF LEAD COUNSEL**

Having considered all pleadings filed in the above-captioned actions (the "Related Actions"), and for good cause shown, the Court finds that the interests of the putative class and judicial efficiency will be served by the consolidation of the above-captioned Related Actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and appointment of lead plaintiff and lead counsel, and hereby Order:

## CONSOLIDATION OF RELATED ACTIONS

1.      The Related Actions, entitled *Witte v. Cronos Group Inc.*, No. 2:20-cv-01310 (ENV)(SIL) and *Finch v. Cronos Group Inc.*, No. 2:20-cv-01324 (JMA)(ST) pending in this Judicial District are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  Any actions that have been filed, or may be filed, which are related are consolidated with the action *Witte v. Cronos Group Inc.*, No. 2:20-cv-1310 (ENV)(SIL) (the "Consolidated Action").

2.      A Master File is hereby established for all proceedings in the Consolidated Action under Case No. 2:20-cv-1310 (ENV)(SIL), the Lead Case.  The original of this Order shall be filed in the Lead Case by the Clerk, and a copy of the Order shall be mailed to counsel of record in each of the Related Actions by the Clerk.

3.      Every pleading filed in the Consolidated Action shall bear the following caption:

| | |
|---|---|
| IN RE CRONOS GROUP INC. SECURITIES LITIGATION | Lead Case No.: 2:20-cv-01310 (ENV)(SIL) |

4.      During the pendency of this litigation, or until further order of this Court, all parties shall take responsible steps to preserve all documents within their possession, custody or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

## NEWLY FILED OR TRANSFERRED ACTIONS

5.      When an action that arises out of the subject matter of this Consolidated Action is filed in this Court or transferred from another Court, the Clerk of the Court shall:

    a.      file a copy of this Order in the separate file for such action;

2

        b.      deliver a copy of this Order to the attorneys for the parties in the newly filed or transferred case; and

        c.      make the appropriate entry on the docket for this Consolidated Action.

6.      Each new case that arises out of the subject matter of the Consolidated Action that is filed in, or transferred to, this Court shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objecting to this Order files an application for relief from this Order within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, and such relief is granted by the Court.

<u>**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**</u>

7.      The Court finds that movant Jack Levandowski ("Movant") is presently the most adequate plaintiff under the Private Securities Litigation Reform Act of 1995, as amended (the "PSLRA"), and is, therefore, appointed Lead Plaintiff.  The Court further approves Movant's choice of counsel, Rigrodsky & Long, P.A., as Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

8.      Lead Counsel shall serve as the primary liaison between plaintiffs and counsel for defendants, and shall have the following responsibilities and duties:

        a.      to coordinate proceedings with all plaintiffs' counsel, including all pleadings, motions, briefing and argument;

        b.      to coordinate the conduct of all discovery and discovery proceedings, including all depositions;

        c.      to act as spokesperson for plaintiffs at all pretrial conferences;

        d.      to coordinate all trial preparation; and

        e.      to initiate and conduct all settlement negotiations with counsel for defendants.

9.      No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of the Lead Counsel.

10.      Service upon any plaintiff of all pleadings, motions or other papers in the Consolidated Action, except those specifically addressed to a plaintiff other than Lead Plaintiff, shall be completed upon service of Lead Counsel.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

4