**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JILL WITTE, Individually And On Behalf Of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>              -against-<br><br>CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY F. BARBATO,<br><br>                              Defendants. | Case No.: 2:20-cv-01310 (ENV)(SIL) |
| DONALD FINCH, Individually And On Behalf Of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>              -against-<br><br>CRONOS GROUP INC., MIKE GORENSTEIN, and JERRY BARBATO,<br><br>                              Defendants. | Case No.: 2:20-cv-01324 (JMA)(ST) |

**DECLARATION OF TIMOTHY J. MACFALL IN SUPPORT OF
MOVANT JACK LEVANDOWSKI'S MOTION FOR CONSOLIDATION OF
RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND
FOR APPROVAL OF SELECTION OF COUNSEL**

I, TIMOTHY J. MACFALL, hereby declare that:

1.      I am a member of the law firm of Rigrodsky & Long, P.A., counsel for movant Jack Levandowski ("Movant"). I respectfully submit this Declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and for Approval of Selection of Lead Counsel.

2.    Attached hereto as Exhibit A is a true and correct copy of the press release announcing the filing of the first-filed action, *Witte v. Cronos Group Inc.*, Case No. 2:20-cv-01310 (ENV)(SIL) (E.D.N.Y.), which was filed in this Court on March 11, 2020.

3.    Attached hereto as Exhibit B is a true and correct copy of the Certification of Jack Levandowski Pursuant to the Federal Securities Laws, subscribed under penalty of perjury, and the loss chart detailing the loss of Jack Levandowski in Cronos Group Inc. stock.

4.    Attached hereto as Exhibit C is a true and correct copy of the firm résumé of Rigrodsky & Long, P.A.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: May 11, 2020

                                        /s/ Timothy J. MacFall
                                        Timothy J. MacFall

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2020, I caused true and accurate copies of the foregoing

papers to be served upon all counsel of record via CM/ECF.


*/s/ Timothy J. MacFall*
Timothy J. MacFall