# EXHIBIT B

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Jack Levandowski ("Plaintiff"), hereby declare as to the following claims asserted under the federal securities laws that:

1.      Plaintiff has reviewed a complaint filed in this action.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or to participate in this action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition or trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in Cronos Group Inc. (NASDAQ GS: CRON) securities that are the subject of this action:

| No. of Shares | Stock Symbol | Buy/Sell | Transaction Date | Price Per Share |
|---|---|---|---|---|
| | | SEE ATTACHED | | |

*Please list additional transactions on separate sheet of paper, if necessary.*

5.      Plaintiff will actively monitor and vigorously pursue this action for the Class' benefit.

6.      Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification: _____.

7.     Plaintiff will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as the Court orders or approves.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed ____4/24/2020_____.

DocuSigned by:

*Mr. Jack Levandowski*

8541DA9C301B45B...

JACK LEVANDOWSKI

CRONOS GROUP INC. JACK LEVANDOWSKI
ACCOUNT 1

| Trade Date | Order Type | Security | Quantity | Executed Price |
|---|---|---|---|---|
| 11/20/2019 | BUY | CRON | 1,512 | $6.90 |
| 11/21/2019 | BUY | CRON | 1,367 | $7.65 |
| 12/9/2019 | SELL | CRON | 1,440 | $6.96 |
| 12/12/2019 | SELL | CRON | 720 | $7.08 |
| 12/19/2019 | SELL | CRON | 360 | $6.88 |
| 12/27/2019 | SELL | CRON | 359 | $6.87 |

CRONOS GROUP INC. JACK LEVANDOWSKI

ACCOUNT 2

| Trade Date | Order Type | Security | Quantity | Executed Price |
|---|---|---|---|---|
| 10/17/2019 | BUY | CRON | 100 | $8.85 |
| 10/17/2019 | BUY | CRON | 100 | $8.85 |
| 10/17/2019 | BUY | CRON | 100 | $8.85 |
| 10/17/2019 | BUY | CRON | 827 | $8.85 |
| 11/6/2019 | BUY | CRON | 89 | $8.36 |
| 11/6/2019 | BUY | CRON | 1,109 | $8.36 |
| 11/8/2019 | BUY | CRON | 1,189 | $8.43 |
| 11/12/2019 | BUY | CRON | 1,195 | $8.35 |
| 11/19/2019 | BUY | CRON | 1,466 | $6.83 |
| 11/20/2019 | BUY | CRON | 1,452 | $6.90 |
| 11/21/2019 | BUY | CRON | 2,628 | $7.62 |
| 12/3/2019 | BUY | CRON | 1,685 | $6.82 |
| 12/5/2019 | BUY | CRON | 2,986 | $6.70 |
| 12/9/2019 | BUY | CRON | 100 | $7.00 |
| 12/9/2019 | BUY | CRON | 700 | $7.02 |
| 12/9/2019 | BUY | CRON | 3,143 | $7.00 |
| 12/9/2019 | BUY | CRON | 3,588 | $7.02 |
| 12/9/2019 | BUY | CRON | 4,188 | $7.01 |
| 12/9/2019 | SELL | CRON | 2,800 | $6.89 |
| 12/9/2019 | SELL | CRON | 4,727 | $6.88 |
| 12/9/2019 | SELL | CRON | 5,796 | $6.89 |
| 12/12/2019 | SELL | CRON | 3,331 | $7.23 |
| 12/12/2019 | SELL | CRON | 6,661 | $7.08 |
| 12/19/2019 | SELL | CRON | 302 | $6.85 |
| 12/19/2019 | SELL | CRON | 808 | $6.85 |
| 12/19/2019 | SELL | CRON | 1,110 | $6.95 |
| 12/27/2019 | SELL | CRON | 555 | $6.88 |
| 12/27/2019 | SELL | CRON | 555 | $6.90 |
| 2/20/2020 | BUY | CRON | 146 | $7.44 |
| 2/20/2020 | BUY | CRON | 1,200 | $7.44 |
| 2/20/2020 | BUY | CRON | 1,357 | $7.38 |
| 2/20/2020 | BUY | CRON | 2,696 | $7.43 |
| 2/26/2020 | BUY | CRON | 3,195 | $6.28 |
| 3/2/2020 | BUY | CRON | 1,670 | $5.98 |

CRONOS GROUP INC JACK LEVANDOWSKI

ACCOUNT 3

| Trade Date | Order Type | Security | Quantity | Executed Price |
|---|---|---|---|---|
| 11/20/2019 | BUY | CRON | 1,442 | $6.89 |
| 11/21/2019 | BUY | CRON | 1,303 | $7.62 |
| 12/3/2019 | BUY | CRON | 5,802 | $6.84 |
| 12/4/2019 | SELL | CRON | 21 | $6.75 |
| 12/9/2019 | SELL | CRON | 1,826 | $6.98 |
| 12/9/2019 | SELL | CRON | 6,700 | $6.97 |

CRONOS GROUP INC./JACK LEVANDOWSKI
ESTIMATED LOSSES FOR CLASS PERIOD MAY 9, 2019 THROUGH MARCH 2, 2020, INCLUSIVE (ACCOUNT 1)

| Trade Date | Order Type | Security | Quantity | Executed Price | Total Price | Shares Retained | 66-Day Average Look-Back Price Per Share |
|---|---|---|---|---|---|---|---|
| 11/20/2019 | BUY | CRON | 1,512 | 6.9 | $10,432.80 | | |
| 11/21/2019 | BUY | CRON | 1,367 | 7.65 | $10,457.55 | | |
| 12/9/2019 | SELL | CRON | 1,440 | 6.96 | $10,022.40 | | |
| 12/12/2019 | SELL | CRON | 720 | 7.08 | $5,097.60 | | |
| 12/19/2019 | SELL | CRON | 360 | 6.88 | $2,476.80 | | |
| 12/27/2019 | SELL | CRON | 359 | 6.87 | $2,466.33 | 0 | $5.748021 |

TOTAL LOSS:     ($827.22)

CRONOS GROUP INC.–JACK LEVANDOWSKI
ESTIMATED LOSSES FOR CLASS PERIOD MAY 9, 2019 THROUGH MARCH 2, 2020, INCLUSIVE (ACCOUNT 2)

| Trade Date | Order Type | Security | Quantity | Executed Price | Total Price | Shares Retained | 66-Day Average Look-Back Price Per Share |
|---|---|---|---|---|---|---|---|
| 10/17/2019 | BUY | CRON | 100 | 8.85 | $885.00 | | |
| 10/17/2019 | BUY | CRON | 100 | 8.85 | $885.00 | | |
| 10/17/2019 | BUY | CRON | 100 | 8.85 | $885.00 | | |
| 10/17/2019 | BUY | CRON | 827 | 8.85 | $7,318.95 | | |
| 11/6/2019 | BUY | CRON | 89 | 8.36 | $744.04 | | |
| 11/6/2019 | BUY | CRON | 1,109 | 8.36 | $9,271.24 | | |
| 11/8/2019 | BUY | CRON | 1,189 | 8.43 | $10,023.27 | | |
| 11/12/2019 | BUY | CRON | 1,195 | 8.35 | $9,978.25 | | |
| 11/19/2019 | BUY | CRON | 1,466 | 6.83 | $10,012.78 | | |
| 11/20/2019 | BUY | CRON | 1,452 | 6.9 | $10,018.80 | | |
| 11/21/2019 | BUY | CRON | 2,628 | 7.62 | $20,025.36 | | |
| 12/3/2019 | BUY | CRON | 1,685 | 6.82 | $11,491.70 | | |
| 12/5/2019 | BUY | CRON | 2,986 | 6.7 | $20,006.20 | | |
| 12/9/2019 | BUY | CRON | 100 | 7 | $700.00 | | |
| 12/9/2019 | BUY | CRON | 700 | 7.02 | $4,914.00 | | |
| 12/9/2019 | BUY | CRON | 3,143 | 7 | $22,001.00 | | |
| 12/9/2019 | BUY | CRON | 3,588 | 7.02 | $25,187.76 | | |
| 12/9/2019 | BUY | CRON | 4,188 | 7.01 | $29,357.88 | | |
| 12/9/2019 | SELL | CRON | 2,800 | 6.89 | $19,292.00 | | |
| 12/9/2019 | SELL | CRON | 4,727 | 6.88 | $32,521.76 | | |
| 12/9/2019 | SELL | CRON | 5,796 | 6.89 | $39,934.44 | | |
| 12/12/2019 | SELL | CRON | 3,331 | 7.23 | $24,083.13 | | |
| 12/12/2019 | SELL | CRON | 6,661 | 7.08 | $47,159.88 | | |
| 12/19/2019 | SELL | CRON | 302 | 6.85 | $2,068.70 | | |
| 12/19/2019 | SELL | CRON | 808 | 6.85 | $5,534.80 | | |
| 12/19/2019 | SELL | CRON | 1,110 | 6.95 | $7,714.50 | | |
| 12/27/2019 | SELL | CRON | 555 | 6.88 | $3,818.40 | | |
| 12/27/2019 | SELL | CRON | 555 | 6.9 | $3,829.50 | | |
| 2/20/2020 | BUY | CRON | 146 | 7.44 | $1,086.24 | | |
| 2/20/2020 | BUY | CRON | 1,200 | 7.44 | $8,928.00 | | |
| 2/20/2020 | BUY | CRON | 1,357 | 7.38 | $10,014.66 | | |
| 2/20/2020 | BUY | CRON | 2,696 | 7.43 | $20,031.28 | | |
| 2/26/2020 | BUY | CRON | 3,195 | 6.28 | $20,064.60 | | |
| 3/2/2020 | BUY | CRON | 1,670 | 5.98 | $9,986.60 | 10,264 | $5.748021 |

TOTAL LOSS:     ($18,862.81)

CRONOS GROUP INC./JACK LEVANDOWSKI
ESTIMATED LOSSES FOR CLASS PERIOD MAY 9, 2019 THROUGH MARCH 2, 2020, INCLUSIVE (ACCOUNT 3)

| Trade Date | Order Type | Security | Quantity | Executed Price | Total Price | Shares Retained | 66-Day Average Look-Back Price Per Share |
|---|---|---|---|---|---|---|---|
| 11/20/2019 | BUY | CRON | 1,442 | 6.89 | $9,935.38 | | |
| 11/21/2019 | BUY | CRON | 1,303 | 7.62 | $9,928.86 | | |
| 12/3/2019 | BUY | CRON | 5,802 | 6.84 | $39,685.68 | | |
| 12/4/2019 | SELL | CRON | 21 | 6.75 | $141.75 | | |
| 12/9/2019 | SELL | CRON | 1,826 | 6.98 | $12,745.48 | | |
| 12/9/2019 | SELL | CRON | 6,700 | 6.97 | $46,699.00 | 0 | $5.748021 |

TOTAL GAIN:     $36.31