**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JILL WITTE, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:20-cv-01310-ENV-SIL |
| Plaintiff, | |
| v. | |
| CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY F. BARBATO, | |
| Defendants. | |
| DONALD FINCH, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:20-cv-01324-JMA-ST |
| Plaintiff, | |
| v. | |
| CRONOS GROUP INC., MIKE GORENSTEIN, and JERRY BARBATO, | |
| Defendants | |

**[PROPOSED] ORDER**

Having considered the motion of Ben Pearl for consolidation of related actions, appointment as lead plaintiff, and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Cronos Group Securities Litigation*, Master File No. 2:20-cv-01310-ENV-SIL;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Ben Pearl as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2020        _____
                                          HON. ERIC N. VITALIANO
                                          UNITED STATES DISTRICT JUDGE