# Exhibit B

**Loss Analysis for Gao Yongbin - Cronos Group Inc. (CRON)**
**Class Period 05/09/19 - 03/02/20**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period Purchases** | 06/20/19 | 22,000 | $16.7000 | $367,400.00 | | 10/15/19 | 20 | $8.4500 | $169.00 |
| | 08/15/19 | 40 | $12.5000 | $500.00 | | 10/16/19 | 10 | $11.5000 | $115.00 |
| | 09/19/19 | 10 | $10.5000 | $105.00 | | 10/24/19 | 30 | $9.0000 | $270.00 |
| | 10/14/19 | 20 | $7.4500 | $149.00 | | | | | |
| | 10/18/19 | 30 | $8.4000 | $252.00 | | | | | |
| | 10/29/19 | 30 | $8.4000 | $252.00 | | | | | |
| | 11/14/19 | 10 | $6.9000 | $69.00 | | | | | |
| | 12/24/19 | 10 | $6.9000 | $69.00 | | | | | |
| | 01/31/20 | 10 | $7.1000 | $71.00 | | | | | |
| | 02/24/20 | 20 | $6.6000 | $132.00 | | | | | |
| | 02/26/20 | 5 | $6.0000 | $30.00 | | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | | | | |

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 22,185 | **Total Amount Paid in CP** | $369,029.00 | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| **Total Shares Sold in CP** | 60 | **Total Amount Sold in CP** | $554.00 | |
| **Post CP Shares Sold** | 0 | **Post CP Amount Sold** | $0.00 | |
| **Total Shares Sold to Current** | 60 | **Total Amount Sold to Current** | $554.00 | ALTERNATIVE |

**Actual Net Shares Acquired in CP**    22,125  (CP Retained Shares)

**Net Amount Paid in CP**    $368,475.00
**Net Amount Paid in CP Minus Sold to Current Date**    $368,475.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)**    22,125 Automatically 0 if Negative
**Net Shares Acquired During Class Period Held to Current Date**    22,125 Automatically 0 if Negative (ALTERNATIVE)

**90-Day Mean Share Price after last Day of CP**    $5.74

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price**    $126,959.12
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price**    $126,959.12 ALTERNATIVE
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price**    $241,515.88 ALTERNATIVE

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)**    $241,515.88
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)**    $241,515.88 ALTERNATIVE