# Exhibit C

## DECLARATION OF GAO YONGBIN IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Gao Yongbin, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of investors in Cronos Group Inc. ("CRON" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2. I presently reside in Beijing, China. I am a physician at Beijing Jishuitan Hospital, where I work as a hand surgeon. I graduated from Peking University Health Science Center in Beijing in 1996. I also achieved a master's and doctor's degree in Peking University Health Science Center in 2004 and 2009, respectively.

3. I am an individual investor. I have been actively managing my own investments since 1997, including trading in U.S. stock exchange investments.

4. I understand that a lead plaintiff is required to direct the litigation of behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest. If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary. I further understand that I am not required to seek appointment as lead plaintiff in order to recover. Based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member.

5. I am satisfied that my counsel, Hagens Berman Sobol Shapiro LLP, would adequately serve as lead counsel based on the firm's experience, resources, and past successes. I have authorized the firm to file a lead plaintiff motion on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct. Executed on this 8th day of May, 2020.

DocuSigned by:

*Gao Yongbin*

B1B5D281657D407...

GAO YONGBIN