# Exhibit D

Case 2:20-cv-01310-ENV-JMW Document 18-4 Filed 05/11/20 Page 2 of 3 PageID #: 268

*Source: Pomerantz LLP*

*March 11, 2020 14:45 ET*

# Pomerantz Law Firm Announces the Filing of a Class Action against Cronos Group, Inc. and Certain Officers – CRON

NEW YORK, March 11, 2020 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Cronos Group, Inc. ("Cronos" or the "Company") (NASDAQ: CRON) and certain of its officers. The class action, filed in United States District Court, for the Eastern District of New York, and indexed under 20-cv-01310, is on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired Cronos securities between May 9, 2019, and March 2, 2020, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Cronos securities during the class period, you have until May 11, 2020, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Cronos, formerly known as PharmaCan Capital Corp., is a principal investment firm. Cronos seeks to invest in companies either licensed, or actively seeking a license, to produce medical marijuana pursuant to Canada's Marihuana for Medical Purposes Regulations. The Company typically invests in companies based in Canada.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Cronos had engaged in significant transactions for which its revenue recognition was inappropriate; (ii) the foregoing would foreseeably necessitate reviews that would delay the Company's ability to timely file its periodic reports; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On February 24, 2020, Cronos stated that it would delay its fourth quarter and fiscal year 2019 earnings release and conference call, previously scheduled for February 27, 2020.

On this news, Cronos's share price fell $0.78 per share, or 10.91%, to close at $6.37 on February 24, 2020.

Then, on March 2, 2020, after the market closed, Cronos disclosed that it had requested a 15-day extension for filing a complete Annual Report on Form 10-K with the SEC for its fourth quarter and fiscal year 2019. Cronos attributed the delay to a "review by the Audit Committee of the Company's Board of Directors, with the assistance of outside counsel and forensic accountants, of several bulk resin purchases and sales of products through the wholesale channel and the appropriateness of the recognition of revenue from those transactions."

On this news, Cronos's share price fell an additional $0.70 per share, or 11.63%, to close at $5.32 per share on March 3, 2020.

Case 2:20-cv-01310-ENV-JMW   Document 18-4   Filed 05/11/20   Page 3 of 3 PageID #: 269

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation.  Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions.  Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct.  The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members.  See www.pomerantzlaw.com

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com