**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JILL WITTE, Individually and On Behalf of All Others Similarly Situated, | No. 2:20-cv-01310-ENV-SIL |
| Plaintiff, | Judge Eric N. Vitaliano |
| v. | CLASS ACTION |
| CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY F. BARBATO, | ORAL ARGUMENT REQUESTED |
| Defendants. | |
| DONALD FINCH, Individually And On Behalf Of All Others Similarly Situated, | No. 2:20-cv-01324-JMA-ST |
| Plaintiff, | Judge Joan M. Azrack |
| -against- | |
| CRONOS GROUP INC., MIKE GORENSTEIN, and JERRY BARBATO, | |
| Defendants. | |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF**
**KEITH D. NORMAN'S MOTION FOR CONSOLIDATION, APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by Lead Plaintiff movant Keith D. Norman ("Norman") for the entry of an Order: (i) consolidating the above-captioned actions; (i) appointing Norman as Lead Plaintiff; (iii) approving Norman's selection of Labaton Sucharow as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Keith D. Norman, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Loss analysis for Norman;

EXHIBIT C:  Notice of pendency of *Witte v. Cronos Group Inc.*, No. 20-cv-01310 (E.D.N.Y.), published on March 11, 2020; and

EXHIBIT D:  Firm Resume of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  May 11, 2020                    Respectfully submitted,

/s/ *Francis P. McConville*
**LABATON SUCHAROW LLP**
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com

2