# Exhibit B

**LOSS ANALYSIS**
**Class Period: 5/9/2019 to 3/2/2020**

**CRONOS GROUP, INC.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| CRON | 22717L101 | BF01YT4 | CA22717L1013 | $5.7384 [1] |

**Keith D. Norman**
**Account 1**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 05/09/19 | 0 | | |
| Purchase | 01/24/20 | 300,000 | $8.0000 | ($2,400,000.00) |
| Purchase | 01/24/20 | 10,000 | $7.5900 | ($75,900.00) |
| *Class Period purchases:* | | *310,000* | | *($2,475,900.00)* |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| Sale | 03/03/20 | -66,478 | $5.4100 | $359,645.98 * |
| Sale | 03/03/20 | -205 | $5.4150 | $1,110.08 * |
| Sale | 03/03/20 | -13,100 | $5.4101 | $70,872.31 * |
| Sale | 03/03/20 | -104,815 | $5.4000 | $566,001.00 * |
| Sale | 03/03/20 | -1,300 | $5.5000 | $7,150.00 * |
| Sale | 03/03/20 | -10 | $5.4375 | $54.38 * |
| Sale | 03/03/20 | -100 | $5.4350 | $543.50 * |
| Sale | 03/03/20 | -20,020 | $5.4300 | $108,708.60 * |
| Sale | 03/03/20 | -103,072 | $5.4200 | $558,650.24 * |
| Sale | 03/03/20 | -800 | $5.4250 | $4,340.00 * |
| Sale | 03/03/20 | -100 | $5.4300 | $543.00 * |
| *Post-Class period sales (matched to class period purchases):* | | *-310,000* | | *$1,677,619.08* |

| | | | LIFO Gain/(Loss): | ($798,280.92) |
|---|---|---|---|---|

**Account 2**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 05/09/19 | 0 | | |
| Purchase | 01/24/20 | 100,000 | $8.0000 | ($800,000.00) |
| *Class Period purchases:* | | *100,000* | | *($800,000.00)* |

[1] *Value of shares held is the mean trading price from 3/3/2020 to 5/11/2020.*

*\*Pursuant to the PSLRA, the value for sales occurring during the 90-day lookback period is either the sale price or the average price up to the date of sale, whichever is higher.*

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| | | | | |
| Sale | 03/03/20 | -332 | $5.4900 | $1,822.68 * |
| Sale | 03/03/20 | -1,118 | $5.4750 | $6,121.05 * |
| Sale | 03/03/20 | -3,495 | $5.4700 | $19,117.65 * |
| Sale | 03/03/20 | -41,964 | $5.4500 | $228,703.80 * |
| Sale | 03/03/20 | -100 | $5.4550 | $545.50 * |
| Sale | 03/03/20 | -52,991 | $5.4300 | $287,741.13 * |
| *Post-Class period sales (matched to class period purchases):* | | *-100,000* | | *$544,051.81* |

|  |  |
|---|---|
| **LIFO Gain/(Loss):** | **($255,948.19)** |

**Account 3**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 05/09/19 | 0 | | |
| | | | | |
| Purchase | 01/24/20 | 1,214 | $7.5900 | ($9,214.26) |
| Purchase | 01/24/20 | 5,083 | $7.5900 | ($38,579.97) |
| *Class Period purchases:* | | *6,297* | | *($47,794.23)* |
| | | | | |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |

|  |  |  |  |
|---|---|---|---|
| Shares Held: | 6,297 | $5.7384 | $36,134.50 |

|  |  |
|---|---|
| **LIFO Gain/(Loss):** | **($11,659.73)** |

|  |  |
|---|---|
| **Total LIFO Gain/(Loss):** | **($1,065,888.84)** |
| **Total Shares Bought:** | **416,297** |
| **Total Net Shares:** | **416,297** |
| **Total Net Expenditures:** | **($3,323,694.23)** |

*Pursuant to the PSLRA, the value for sales occurring during the 90-day lookback period is either the sale price or the average price up to the date of sale, whichever is higher.*