# EXHIBIT A

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Douglas Simpson Jr , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Trenton, FL. I am currently employed as Farming and have been investing in securities for 5 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Cronos Group Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this April 2,2020 .

Name: Douglas Simpson Jr

Signed:

| Case Name | Cronos Group Inc. |
|---|---|
| Ticker | CRON |
| Class Period | 05-09-2019 to 03-02-2020 |

**Client Name**

Douglas Simpson Jr.

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 09-17-2019 | P | 5900 | $ 11.3900 |
| 09-17-2019 | P | 7922 | $ 11.4000 |
| 09-17-2019 | P | 500 | $ 11.3650 |
| 09-17-2019 | P | 3524 | $ 11.3800 |
| 09-17-2019 | P | 1700 | $ 11.3700 |
| 09-17-2019 | P | 1800 | $ 11.3896 |
| 09-17-2019 | P | 900 | $ 11.3890 |
| 09-17-2019 | P | 1200 | $ 11.3894 |
| 09-17-2019 | P | 300 | $ 11.3850 |
| 09-18-2019 | P | 548 | $ 10.9178 |
| 09-20-2019 | P | 488 | $ 10.2400 |

Monday, May 4, 2020

## Cronos (CRON) Lead

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.  I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Cronos Group Inc. ("Cronos" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.   I did not purchase or acquire Cronos securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Cronos securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Cronos securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

**Name**

**Print Name**
NIRAL PATEL

**Acquisitions**

1

## Configurable list (if none enter none)

| Date Acquired | Number of Shares Acquired | Price per Share Acquired |
|---|---|---|
| (see attached) | | |

**Sales**

**Documents & Message**

**Upload your brokerage statements showing your individual purchase and sale orders.**

(redacted)

**Signature**



**Full Name**

NIRAL PATEL

(redacted)

2

**Cronos Group Inc. (CRON)**                                                                 **Patel, Niral**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 8/8/2019 | Purchase | 1,000 | $14.1833 |
| 8/8/2019 | Purchase | 100 | $14.1837 |
| 8/8/2019 | Purchase | 300 | $14.1900 |
| 8/8/2019 | Purchase | 100 | $14.1920 |
| 8/8/2019 | Purchase | 450 | $14.1999 |
| 8/8/2019 | Purchase | 200 | $14.1977 |
| 8/8/2019 | Purchase | 400 | $14.1969 |
| 8/8/2019 | Purchase | 200 | $14.1954 |
| 8/8/2019 | Purchase | 1 | $14.1933 |
| 8/8/2019 | Purchase | 400 | $14.1955 |
| 8/8/2019 | Purchase | 104 | $14.1933 |
| 8/8/2019 | Purchase | 200 | $14.1950 |
| 8/8/2019 | Purchase | 100 | $14.1947 |
| 8/8/2019 | Purchase | 100 | $14.1955 |
| 8/8/2019 | Purchase | 100 | $14.1953 |
| 8/9/2019 | Purchase | 9,552 | $13.3892 |

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Cronos Group Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Cronos Group Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

| | |
|---|---|
| **First name:** | Lorne |
| **Middle initial:** | S |
| **Last name:** | Mills |
| **Address:** | Redacted |
| **City:** | |
| **State:** | |
| **Zip:** | |
| **Country:** | |
| **Facsimile:** | |
| **Phone:** | |
| **Email:** | |

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 06/12/2019 | 10600 | 17.17 |
| Common Stock | 06/12/2019 | 2100 | 17.15 |
| Common Stock | 06/12/2019 | 200 | 17.14 |
| Common Stock | 06/12/2019 | 100 | 17.16 |
| Common Stock | 6/13/2019 | 642 | 16.78 |

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

**Certification for Lorne Mills (cont.)**

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:  **YES**

By clicking on the button below, I intend to sign and execute this agreement and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.  **YES**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 03/12/2020