# EXHIBIT B

| Client Name | Douglas Simpson Jr. |
|---|---|
| Company Name | Cronos Group Inc. |
| Ticker Symbol | CRON |
| Security Type | |
| Class Period Start | 05-09-2019 |
| Class Period End | 03-02-2020 |
| 90-DAY Lookback Period Start | 03-03-2020 |
| 90-DAY Lookback Period End | 05-11-2020 |
| 90-DAY Lookback Average | $ 05.74 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $139,240.02 |
| *DURA LIFO* Total* | $139,240.02 |
| Gross Shares Purchased | 24,782.00 |
| Net Shares Retained | 24,782.00 |
| Net Funds Expended | $281,440.65 |

**Douglas Simpson Jr.**

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-17-2019 | 5900 | $11.3900 | $ 67,201.00 | | | | | | - | 5900 | 5900 | $ 05.74 | $ 33,854.56 | $ 33,346.44 | $ 33,346.44 |
| 09-17-2019 | 7922 | $11.4000 | $ 90,310.80 | | | | | | - | 7922 | 7922 | $ 05.74 | $ 45,456.92 | $ 44,853.88 | $ 44,853.88 |
| 09-17-2019 | 500 | $11.3650 | $ 5,682.50 | | | | | | - | 500 | 500 | $ 05.74 | $ 2,869.03 | $ 2,813.47 | $ 2,813.47 |
| 09-17-2019 | 3524 | $11.3800 | $ 40,103.12 | | | | | | - | 3524 | 3524 | $ 05.74 | $ 20,220.93 | $ 19,882.19 | $ 19,882.19 |
| 09-17-2019 | 1700 | $11.3700 | $ 19,329.00 | | | | | | - | 1700 | 1700 | $ 05.74 | $ 9,754.70 | $ 9,574.30 | $ 9,574.30 |
| 09-17-2019 | 1800 | $11.3896 | $ 20,501.28 | | | | | | - | 1800 | 1800 | $ 05.74 | $ 10,328.51 | $ 10,172.77 | $ 10,172.77 |
| 09-17-2019 | 900 | $11.3890 | $ 10,250.10 | | | | | | - | 900 | 900 | $ 05.74 | $ 5,164.26 | $ 5,085.84 | $ 5,085.84 |
| 09-17-2019 | 1200 | $11.3894 | $ 13,667.28 | | | | | | - | 1200 | 1200 | $ 05.74 | $ 6,885.67 | $ 6,781.61 | $ 6,781.61 |
| 09-17-2019 | 300 | $11.3850 | $ 3,415.50 | | | | | | - | 300 | 300 | $ 05.74 | $ 1,721.42 | $ 1,694.08 | $ 1,694.08 |
| 09-18-2019 | 548 | $10.9178 | $ 5,982.95 | | | | | | - | 548 | 548 | $ 05.74 | $ 3,144.46 | $ 2,838.50 | $ 2,838.50 |
| 09-20-2019 | 488 | $10.2400 | $ 4,997.12 | | | | | | - | 488 | 488 | $ 05.74 | $ 2,800.17 | $ 2,196.95 | $ 2,196.95 |
| **Total:** | **24,782.00** | | **$ 281,440.65** | | | | | | | **24,782.00** | **24,782.00** | | **$ 142,200.63** | **$ 139,240.02** | **$ 139,240.02** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.

| Client Name | Niral Patel |
|---|---|
| Company Name | Cronos Group Inc. |
| Ticker Symbol | CRON |
| Security Type | |
| Class Period Start | 05-09-2019 |
| Class Period End | 03-02-2020 |
| 90-DAY Lookback Period Start | 03-03-2020 |
| 90-DAY Lookback Period End | 05-11-2020 |
| 90-DAY Lookback Average | $ 05.74 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $104,828.51 |
| *DURA LIFO* Total* | $104,828.51 |
| Gross Shares Purchased | 13,307.00 |
| Net Shares Retained | 13,307.00 |
| Net Funds Expended | $181,184.89 |

### Niral Patel

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-08-2019 | 1000 | $14.1833 | $ 14,183.30 | | | | | | - | 1000 | 1000 | $ 05.74 | $ 5,738.06 | $ 8,445.24 | $ 8,445.24 |
| 08-08-2019 | 100 | $14.1837 | $ 1,418.37 | | | | | | - | 100 | 100 | $ 05.74 | $ 573.81 | $ 844.56 | $ 844.56 |
| 08-08-2019 | 300 | $14.1900 | $ 4,257.00 | | | | | | - | 300 | 300 | $ 05.74 | $ 1,721.42 | $ 2,535.58 | $ 2,535.58 |
| 08-08-2019 | 100 | $14.1920 | $ 1,419.20 | | | | | | - | 100 | 100 | $ 05.74 | $ 573.81 | $ 845.39 | $ 845.39 |
| 08-08-2019 | 450 | $14.1999 | $ 6,389.96 | | | | | | - | 450 | 450 | $ 05.74 | $ 2,582.13 | $ 3,807.83 | $ 3,807.83 |
| 08-08-2019 | 200 | $14.1977 | $ 2,839.54 | | | | | | - | 200 | 200 | $ 05.74 | $ 1,147.61 | $ 1,691.93 | $ 1,691.93 |
| 08-08-2019 | 400 | $14.1969 | $ 5,678.76 | | | | | | - | 400 | 400 | $ 05.74 | $ 2,295.22 | $ 3,383.54 | $ 3,383.54 |
| 08-08-2019 | 200 | $14.1954 | $ 2,839.08 | | | | | | - | 200 | 200 | $ 05.74 | $ 1,147.61 | $ 1,691.47 | $ 1,691.47 |
| 08-08-2019 | 1 | $14.1933 | $ 14.19 | | | | | | - | 1 | 1 | $ 05.74 | $ 05.74 | $ 08.46 | $ 08.46 |
| 08-08-2019 | 400 | $14.1955 | $ 5,678.20 | | | | | | - | 400 | 400 | $ 05.74 | $ 2,295.22 | $ 3,382.98 | $ 3,382.98 |
| 08-08-2019 | 104 | $14.1933 | $ 1,476.10 | | | | | | - | 104 | 104 | $ 05.74 | $ 596.76 | $ 879.34 | $ 879.34 |
| 08-08-2019 | 200 | $14.1950 | $ 2,839.00 | | | | | | - | 200 | 200 | $ 05.74 | $ 1,147.61 | $ 1,691.39 | $ 1,691.39 |
| 08-08-2019 | 100 | $14.1947 | $ 1,419.47 | | | | | | - | 100 | 100 | $ 05.74 | $ 573.81 | $ 845.66 | $ 845.66 |
| 08-08-2019 | 100 | $14.1955 | $ 1,419.55 | | | | | | - | 100 | 100 | $ 05.74 | $ 573.81 | $ 845.74 | $ 845.74 |
| 08-08-2019 | 100 | $14.1953 | $ 1,419.53 | | | | | | - | 100 | 100 | $ 05.74 | $ 573.81 | $ 845.72 | $ 845.72 |
| 08-09-2019 | 9552 | $13.3892 | $ 127,893.64 | | | | | | - | 9552 | 9552 | $ 05.74 | $ 54,809.96 | $ 73,083.68 | $ 73,083.68 |
| **Total:** | **13,307.00** | | **$181,184.89** | | | | | | | **13,307.00** | **13,307.00** | | **$ 76,356.38** | **$ 104,828.51** | **$ 104,828.51** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.

| Client Name | Lorne S Mills |
|---|---|
| Company Name | Cronos Group Inc. |
| Ticker Symbol | CRON |
| Security Type | |
| Class Period Start | 05-09-2019 |
| Class Period End | 03-02-2020 |
| 90-DAY Lookback Period Start | 03-03-2020 |
| 90-DAY Lookback Period End | 05-11-2020 |
| 90-DAY Lookback Average | $ 05.74 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $155,655.13 |
| DURA LIFO* Total | $155,655.13 |
| Gross Shares Purchased | 13,642.00 |
| Net Shares Retained | 13,642.00 |
| Net Funds Expended | $233,933.76 |

**Lorne S Mills**

| | Purchases | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-12-2019 | 10600 | $17.17 | $ 182,002.00 | | | | | | - | 10600 | 10600 | $ 05.74 | $ 60,823.45 | $ 121,178.55 | $ 121,178.55 |
| 06-12-2019 | 2100 | $17.15 | $ 36,015.00 | | | | | | - | 2100 | 2100 | $ 05.74 | $ 12,049.93 | $ 23,965.07 | $ 23,965.07 |
| 06-12-2019 | 200 | $17.14 | $ 3,428.00 | | | | | | - | 200 | 200 | $ 05.74 | $ 1,147.61 | $ 2,280.39 | $ 2,280.39 |
| 06-12-2019 | 100 | $17.16 | $ 1,716.00 | | | | | | - | 100 | 100 | $ 05.74 | $ 573.81 | $ 1,142.19 | $ 1,142.19 |
| 06-13-2019 | 642 | $16.78 | $ 10,772.76 | | | | | | - | 642 | 642 | $ 05.74 | $ 3,683.84 | $ 7,088.92 | $ 7,088.92 |
| Total: | 13,642.00 | | $ 233,933.76 | | | | | | | 13,642.00 | 13,642.00 | | $ 78,278.63 | $ 155,655.13 | $ 155,655.13 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.

| SUMMARY OF TOTAL FINANCIAL INTEREST | |
|---|---|
| Simpson DURA LIFO* | $139,240.02 |
| Patel DURA LIFO* | $104,828.51 |
| Mills DURA LIFO* | $155,655.13 |
| **Total DURA LIFO* Loss** | **$399,723.66** |