# EXHIBIT D

**JOINT DECLARATION IN SUPPORT OF MOTION OF NIRAL PATEL, DOUGLAS SIMPSON, JR., AND LORNE S. MILLS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    We, Niral Patel, Douglas Simpson, Jr., and Lorne S. Mills, respectfully submit this Joint Declaration in support of our motion for consolidation, appointment as Lead Plaintiffs, and approval of our selection of counsel in the instant class action on behalf of investors in the securities of Cronos Group Inc. ("Cronos" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  We are informed of and understand the requirements and duties imposed by the PSLRA.  We each have personal knowledge about the information in this Joint Declaration.

2.    I, Niral Patel, live in Windermere, Florida.  I have a Doctor of Medicine degree and am a physician.  I am 46 years old and have been investing in the securities markets for approximately 10 years.  As reflected in my Certification, I purchased Cronos securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.    I, Douglas Simpson, Jr., live in Trenton, Florida.  I am a farmer that owns Simpson Jr. Farms, LLC.  I am 42 years old and have been investing in the securities markets for 5 years. As reflected in my Certification, I purchased Cronos securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

4.    I, Lorne S. Mills, live in Mount Holly, North Carolina.  I have a Bachelor of Arts degree in criminal justice and am a regional manager in the environmental, health, and safety sector.  I have been investing in the securities markets for approximately 1-2 years.  As reflected in my Certification, I purchased Cronos securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

1

5.      We believe that the securities class action against Cronos is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class.  Prior to filing our Lead Plaintiff motion: (a) we understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter; (b) we understood that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice; (c) we approved Pomerantz LLP ("Pomerantz") and Levi & Korsinsky, LLP ("Levi & Korsinsky") as our designated co-lead counsel; and (d) we were aware of each other, had one another's contact information, and approved the filing of a motion on our behalves seeking appointment jointly as co-lead plaintiffs.

6.      We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class.  If we still cannot agree, we agree to present the parties' respective views to a qualified independent arbitrator who has previously served as a state or federal judge and to be bound by any decisions made by the arbitrator.

7.      We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, we selected Pomerantz and Levi & Korsinsky to serve as Co-Lead Counsel.  It is our understanding that the defendants intend to defend this litigation vigorously, and we believe that the class will be well served by the collective resources and experience of two firms prosecuting the action jointly on its behalf.  Based on these firms'

experience in achieving substantial recoveries in securities class actions, we believe that both firms are well-qualified to represent the Class.

8.     Pomerantz and Levi & Korsinsky have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this ___ day of May, 2020.

5/10/2020 | 1:00 PM PDT

DocuSigned by:

*Niral Patel*

90AF5EE07B9F4A3...

Niral Patel

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 11th day of May, 2020.

Douglas Simpson, Jr.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

5/11/2020

Executed this ___ day of May, 2020.

DocuSigned by:

9105CB728FC7402...

Lorne S. Mills