# EXHIBIT C



| **Losses in:** | Cronos Group Inc. |
| **90-Day Price:** | $5.7383 as of May 11, 2020 |
| **Class Period:** | 5/9/2019 - 3/2/2020 |
| **Investor:** | Robert Gartland |

| **OPEN TRANSACTIONS** | | | | | | | **CLOSE TRANSACTIONS** | | | | | | | |
| Transaction | Security | Date | Quantity | Price | Total | | Transaction | Security | Date | Quantity | Price | Total | | Matched Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | Common Stock | 07/01/2019 | 10,000 | $16.2500 | $162,500.0000 | | | | | | | | | |
| | | Class Period Purchases | 10,000 | Total Costs | $162,500.0000 | | | | Class Period Sales | 0 | Total Proceeds | $0.00 | Matched Loss* | $0.00 |
| | | | | | | | | | Remaining Shares | 10,000 | | | Unmatched Loss** | $105,117.3469 |
| | | | | | | | | | | | | | Total Loss | $105,117.3469 |

| Lax Factors | |
|---|---|
| Total Shares Purchased | 10,000 |
| Net Shares Purchased | 10,000 |
| Net Funds Expended | $162,500.00 |
| Approximate LIFO Loss | $105,117.3469 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.