**Labaton Sucharow**

**Carol C. Villegas**
Partner
212 907 0824  direct
212 907 0700  main
212 883 7524  fax
cvillegas@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

October 7, 2022

**VIA ECF**

Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *In re Cronos Group Inc. Sec. Litig.*, No. 20-cv-1310-ENV (E.D.N.Y.)

Dear Judge Eric N. Vitaliano:

On behalf of Lead Plaintiff in the above-captioned action (the "Action"), we write to apprise the Court of the recent decision in the Court of Appeal for Ontario.  *See Badesha v. Cronos Group Inc.*, 2022 ONCA 663, Docket No: C69722 (Can. Ont. C.A.) (attached as Ex. 1).

Just as in this Action, plaintiff in *Badesha* alleged wrongful accounting that led Cronos to grossly overstate its revenue in the first and third quarters of 2019.  In the recent decision, the appellate court reversed a prior dismissal and reinstated the claims.  Specifically, the appellate court held that there was "evidence of misrepresentations" (*id.* at 34) and credited plaintiff's allegation that "Cronos misrepresented its revenues for 2019 Q1 and Q3 by treating transactions involving the exchange of cannabis products with a third party as generating revenue (resulting in misrepresentations in its interim financial statements, MD&As and Certificates for 2019 Q1, Q2 and Q3)."  *Id.* at 17.  The exact same fraudulent accounting of round-trip transactions is alleged in this Action.

While the legal standards at issue in *Badesha* are not identical to those before this Court in the pending motion to dismiss, the recent appellate decision is nevertheless substantial persuasive support for Plaintiff's claims.  Indeed, the recent appeal considered whether plaintiff had shown "that there was a misrepresentation and that the misrepresentation was material" and whether plaintiff had presented "credible evidence in support of the claim."  *Id.* at 19-20.  The finding that these standards have been met in the *Badesha* action lends support for Plaintiff's allegations of falsity and materiality here in this Action.  *See generally In re ITT Educ. Servs., Sec. Litig.*, 34 F. Supp. 3d 298, 309 (S.D.N.Y. 2014) (crediting other investigations and legal proceedings as bolstering the allegations in the complaint).

Respectfully Submitted,

*/s/ Carol C. Villegas*

Carol C. Villegas

cc: All counsel of record (*via ECF*)