# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

October 13, 2022

Via ECF

The Honorable Eric N. Vitaliano,
    United States District Judge,
        United States District Court, Eastern District of New York,
            225 Cadman Plaza East,
                Brooklyn, New York  11201.

Re:    *In re Cronos Group Inc. Securities Litigation*, No. 20-cv-1310 (E.D.N.Y.)

Dear Judge Vitaliano:

We write on behalf of Defendants in response to Plaintiff's October 7, 2022 letter enclosing the Court of Appeal for Ontario's decision in *Badesha* v. *Cronos Group Inc.*, 2022 ONCA 663, Dkt. No: C69722 (Can. Ont. C.A).  Plaintiff correctly recognizes that "the legal standards" applicable in *Badesha* "are not identical" to those applicable here.  In fact, this Canadian decision has no bearing on Defendants' fully-briefed motion to dismiss pending in this Court.

At issue in the *Badesha* appeal was the Canadian trial court's rulings on the plaintiff's motions for "leave of court" "to proceed with the proposed action" under the Ontario Securities Act and for "certification of the action as a class proceeding pursuant to the Class Proceedings Act." *Badesha*, at 2.  Defendants' pending motion to dismiss this action under Federal Rule of Civil Procedure 12(b)(6) and applying the Private Securities Litigation Reform Act of 1995's heightened pleading standards (*see* Dkt. Nos. 45-47) is distinct from an Ontario "leave" motion, which requires adjudication of whether the action was "brought in good faith," as well as the court's consideration of "evidence" on the relevant issues.  *Badesha*, at 19, 20.  Importantly, the elements of the *Badesha* misrepresentation claim under the Ontario Securities Act differ from the U.S. securities fraud claims asserted here and, as a result, the *Badesha* decision does not address scienter or any of the pleading requirements that are the subject of Defendants' pending motion to dismiss.

Defendants appreciate the Court's attention to this matter.

Respectfully,

David R.

David M.J. Rein

cc:    All counsel of record (via ECF)