UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE CRONOS GROUP INC. SECURITIES
LITIGATION

                                                                    JUDGMENT
                                                                    20-cv-1310-ENV-JMW

------------------------------------------------------------------X

A Memorandum and Order of the Honorable Eric N. Vitaliano, United States District

Judge, having been filed on November 11, 2023, granting Defendant's motion in full; and

dismissing the complaint with prejudice; it is

ORDERED and ADJUDGED that Defendant's motion is granted in full; and that the

complaint is dismissed with prejudice.

Dated:  Brooklyn, New York                        Brenna B. Mahoney
        November 28, 2023                         Clerk of Court

                                        By:    */s/Jalitza Poveda*
                                               Deputy Clerk