**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE CRONOS GROUP INC. SECURITIES LITIGATION | Civil Action No. 2:20-cv-01310-ENV-SIL |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION
FOR RECONSIDERATION OR MODIFICATION OF THE COURT'S
NOVEMBER 11, 2023 ORDER DISMISSING THE AMENDED COMPLAINT**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff Keith D. Norman ("Lead Plaintiff") will move this Court, on a date and at such a time as may be designated by the Court, at 225 Cadman Plaza East, Brooklyn, NY 11201, for an Order reconsidering or modifying the Court's November 11, 2023 Order dismissing the Amended Complaint with prejudice (ECF No. 57), and permitting Plaintiff to seek leave to amend.  In support of this motion, Lead Plaintiff submits the accompanying memorandum of law.

DATED: December 1, 2023

<div style="margin-left:50%">

**LABATON SUCHAROW LLP**

*/s/ Carol C. Villegas*
Carol Villegas
Christine M. Fox
Jake Bissell-Linsk
140 Broadway
New York, New York 10005
Tel: 212-907-0700
Fax: 212-818-0477
Email:  cvillegas@labaton.com
        cfox@labaton.com
        jbissell-linsk@labaton.com

*Counsel for Lead Plaintiff Keith D. Norman*
*and Lead Counsel for the Class*


**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
Email: brian@schallfirm.com
        rina@schallfirm.com

*Additional Counsel for Keith D. Norman*

</div>