December 16, 2024

<u>Via ECF</u>

The Honorable Eric N. Vitaliano,
    United States District Court for the Eastern District of New York,
      225 Cadman Plaza East, Courtroom 4C,
        Brooklyn, New York  11201.

      Re:   *In re Cronos Group Inc. Securities Litigation*,
             <u>Master File No. 20-cv-1310 (E.D.N.Y.)</u>

Dear Judge Vitaliano

      We write jointly on behalf of Lead Plaintiff Keith D. Norman and Defendants in the above-referenced action pursuant to Section III.B. of Your Honor's Individual Motion Practice and Rules to propose a schedule for the filing of Lead Plaintiff's anticipated Second Amended Consolidated Complaint and Defendants' anticipated motion to dismiss.

      On November 11, 2023, the Court granted Defendants' Motion to Dismiss the Consolidated Amended Complaint.  (ECF No. 57.)  Lead Plaintiff moved for reconsideration of the Court's decision to dismiss the Consolidated Amended Complaint with prejudice.  (ECF No. 59.)  The Court granted Lead Plaintiff's reconsideration motion in a November 29, 2024 Memorandum and Order ("Order"), which was entered on the docket on December 3, 2024.  (ECF No. 64.)  The Order permitted Lead Plaintiff to file a further amended complaint within thirty days of the Order's entry on the docket, (*Id.* at 6), *i.e.*, January 2, 2025.

      The parties have conferred and agreed upon a proposed schedule.  The parties understand from the Order that no pre-motion conference and letters are required under Rule III.A of the Court's Individual Motion Practice and Rules, but would, of course, exchange such letters if the Court prefers.

      The parties' proposed schedule is as follows:

- Lead Plaintiff's time to file his Second Amended Consolidated Complaint be extended from January 2, 2025, until January 10, 2025, reflecting a modest extension in light of the intervening holidays;

- Defendants shall serve their Motion to Dismiss the Second Amended Consolidated Complaint on or before March 11, 2025;

- Lead Plaintiff shall serve his Opposition to the Motion to Dismiss the Second Amended Consolidated Complaint on or before May 12, 2025;

Hon. Eric N. Vitaliano                                                                    -2-

- Defendants shall serve their Reply in support of their Motion to Dismiss the Second Amended Consolidated Complaint on or before June 11, 2025.

Following service of Defendants' Reply, Defendants will file all motion papers on ECF pursuant to Rule III.D of Your Honor's Individual Motion Practice and Rules.

The parties would be pleased to provide the Court with any further information that might be of assistance. A proposed order is enclosed for the Court's convenience.

Respectfully submitted,


/s/ Carol C. Villegas                                   /s/ David M.J. Rein
Carol C. Villegas                                       Sharon L Nelles
Christine M. Fox                                        David M.J. Rein
Jake Bissell-Linsk                                      SULLIVAN & CROMWELL LLP
LABATON KELLER SUCHAROW LLP                             125 Broad Street
140 Broadway                                            New York, New York  10004
New York, New York  10005                               Telephone:  (212) 558-4000
Telephone:  (212) 907-0700                              Facsimile:  (212) 558-3588
Facsimile:  (212) 818-0477                              nelless@sullcrom.com
cvillegas@labaton.com                                   reind@sullcrom.com
cfox@labaton.com
jbissell-linsk@labaton.com                              *Counsel for Defendants*

*Counsel for Lead Plaintiff Keith D. Norman*

Brian Schall
Rina Restaino
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, California  90067
Telephone:  (310) 301-3335
Facsimile:  (310) 388-0192
brian@schallfirm.com
rina@shallfirm.com

*Additional Counsel for Keith D. Norman*

(Enclosure)