UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

IN RE CRONOS GROUP INC. SECURITIES
LITIGATION

----------------------------------------------------------------- x

No. 2:20-cv-01310-ENV-JMW

**[PROPOSED] ORDER**

VITALIANO, D.J.

The parties' request for an extension of time for Lead Plaintiff to file a Second Amended Consolidated Complaint and joint proposed briefing schedule for Defendants' Motion to Dismiss the Second Amended Consolidated Complaint (ECF No. 65) is granted. Lead Plaintiff shall file the Second Amended Consolidated Complaint by January 10, 2025. Defendants shall serve their motion to dismiss by March 11, 2025. Lead plaintiff shall serve the opposition by May 12, 2025. Defendants shall serve their reply by June 11, 2025, at which point they shall file the fully-briefed motion on ECF in accordance with Individual Rule III.D.

December __, 2024

SO ORDERED,

_____
Hon. Eric N. Vitaliano U.S.D.J.