May 30, 2025

<u>Via ECF</u>

The Honorable Eric N. Vitaliano,
    United States District Court for the Eastern District of New York,
        225 Cadman Plaza East, Courtroom 4C,
            Brooklyn, New York 11201.

The Honorable James M. Wicks,
    United States District Court for the Eastern District of New York,
        100 Federal Plaza, Courtroom 1020,
            Central Islip, New York 11722.

           Re:    *In re Cronos Group Inc. Securities Litigation*,
                     <u>Master File No. 20-cv-1310 (E.D.N.Y.)</u>

Dear Judge Vitaliano and Magistrate Judge Wicks:

        We write jointly on behalf of Lead Plaintiff Keith D. Norman and Defendants in the above-referenced action pursuant to Section I.I. of Judge Vitaliano's Individual Motion Practice and Rules to inform the Court that the parties have reached an agreement-in-principle to settle this putative securities class action. The parties are preparing the settlement documentation and anticipate submitting their proposed settlement, including a settlement stipulation and Lead Plaintiff's motion for preliminary approval of the proposed settlement within approximately 30 days.

        In light of this settlement-in-principle, the parties respectfully request a stay of all deadlines, including the upcoming June 11, 2025 deadline for Defendants to serve their reply brief in support of their Motion to Dismiss the Second Amended Complaint and to file the complete set of motion to dismiss briefing. We appreciate the Court's attention to this matter.

Respectfully submitted,


/s/ *Jake Bissell-Linsk*                    /s/ *David M.J. Rein*
Carol C. Villegas                           Sharon L. Nelles
Christine M. Fox                            David M.J. Rein
Jake Bissell-Linsk                          Aaron J. Blake
LABATON KELLER SUCHAROW LLP                 SULLIVAN & CROMWELL LLP
140 Broadway                                125 Broad Street
New York, New York 10005                    New York, New York 10004
Telephone: (212) 907-0700                   Telephone: (212) 558-4000
Facsimile: (212) 818-0477                   Facsimile: (212) 558-3588
cvillegas@labaton.com                       nelless@sullcrom.com
cfox@labaton.com                            reind@sullcrom.com
jbissell-linsk@labaton.com                  blakea@sullcrom.com

*Counsel for Lead Plaintiff Keith D. Norman*    *Counsel for Defendants*

Brian Schall
Rina Restaino
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Keith D. Norman*


cc:     All counsel of record (by ECF)