**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

IN RE CRONOS GROUP INC. SECURITIES LITIGATION

No. 2:20-cv-01310-ENV-JMW

**[PROPOSED] ORDER**

---------------------------------------------------------------------- x

      Based on the parties' representation that they have agreed to a settlement-in-principle of this case, the parties' request to stay all deadlines *sine die* is granted.  The parties shall submit either their proposed settlement or a status report within thirty days of the Court's entry of this Order.

_____, 2025

SO ORDERED,

_____