November 18, 2025

**VIA ECF**

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4C
Brooklyn, New York 11201

The Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

RE: *In re Cronos Group Inc. Securities Litigation*
Master File No. 20-cv-1310-ENV-JMW (E.D.N.Y)

Dear Judge Vitaliano and Magistrate Judge Wicks:

We write jointly on behalf of Lead Plaintiff Keith D. Norman and Defendants in the above-referenced action to provide the Court with a further status update regarding the Parties' efforts to memorialize their agreement-in-principle to settle this putative securities class action.

As previously reported, the Parties have reached agreement on all draft settlement documents. As described in our previous status reports (ECF Nos. 69, 71, 73, 74, 76), the scope of the class in this action overlaps with claims asserted in a shareholder class action pending in the Ontario Superior Court of Justice (*Harpreet Badesha* v. *Cronos Group Inc. et al.* (CV-20-00641990-000CP)), arising from substantially the same events. The Parties are currently communicating with plaintiff's counsel in the Ontario action regarding the proposed settlement. Accordingly, the Parties are not yet prepared to submit their proposed settlement to the Court.

In light of the current status of the matter, subject to the Court's approval, the Parties respectfully propose that Lead Plaintiff Keith D. Norman submit by no later than December 2, 2025, either the proposed settlement and a motion for preliminary approval or, if that is not possible, the Parties will submit a status update.

We appreciate the Court's attention to this matter.

Respectfully submitted,

| /s/ *Jake Bissell-Linsk* | /s/ *David M.J. Rein* |
|---|---|
| Carol C. Villegas | Sharon L. Nelles |
| Christine M. Fox | David M.J. Rein |
| Jake Bissell-Linsk | Nikko B. Price |
| LABATON KELLER SUCHAROW LLP | SULLIVAN & CROMWELL LLP |
| 140 Broadway | 125 Broad Street |
| New York, New York 10005 | New York, New York 10004 |
| Telephone: (212) 907-0700 | Telephone: (212) 558-4000 |
| Facsimile: (212) 818-0477 | Facsimile: (212) 558-3588 |
| cvillegas@labaton.com | nelless@sullcrom.com |
| cfox@labaton.com | reind@sullcrom.com |
| jbissell-linsk@labaton.com | pricenb@sullcrom.com |
| *Counsel for Lead Plaintiff Keith D. Norman* | *Counsel for Defendants* |

Brian Schall
Rina Restaino
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Keith D. Norman*

cc: All counsel of record (by ECF)