**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CRONOS GROUP INC. SECURITIES LITIGATION | Civil Action No. 2:20-cv-01310-ENV-JMW |

**LEAD PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL**
**OF PROPOSED CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiff Keith D. Norman ("Lead Plaintiff"), on behalf of himself and the other members of the proposed Settlement Class, through court-appointed Lead Counsel Labaton Keller Sucharow LLP, hereby moves this Court, for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) preliminarily approving the proposed Settlement of this securities class action; (ii) preliminarily certifying the Settlement Class and appointing Lead Plaintiff as Class Representative and Lead Counsel as Class Counsel, for purposes of the Settlement only; (iii) approving the form and manner of providing notice of the Settlement to the Settlement Class, including the procedures and deadlines for objecting, requesting exclusion, and submitting Claim Forms; (iii) scheduling a date for the final Settlement Hearing; and (vi) granting such other and further relief as the Court may deem fair and proper.

The motion is supported by Defendants Cronos Group Inc., Michael Gorenstein, and Jerry F. Barbato.

The motion is based on the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Preliminary Approval of Proposed Class Action Settlement and the Declaration of Jake Bissell-Linsk, dated December 2, 2025, with annexed exhibits, filed herewith.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, which was negotiated by the Parties to the Settlement, with annexed exhibits, is also submitted herewith.

DATED: December 2, 2025

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

 /s/ *Jake Bissell-Linsk*
Carol C. Villegas
Christine M. Fox
Jake Bissell-Linsk
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com
jbissell-linsk@labaton.com

*Counsel for Lead Plaintiff Keith D. Norman and Lead Counsel for the Proposed Settlement Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

*/s/ Jake Bissell-Linsk*
JAKE BISSELL-LINSK